1  Kerry L. Steigerwalt SBN: 116264
   LAW OFFICE OF KERRY L. STEIGERWALT
2  3555 Fourth Avenue
   San Diego, California 92103
3  Phone (619) 297-2800 Fax (619)908-3836

4  Attorney for Defendant
   **DENNIS STATHOULIS (1)**
5  **VASILIOS TSIAMIS (2)**

6

7                UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9                (HONORABLE NITA L. STORMES)

10 UNITED STATES OF AMERICA      )   Criminal Case No. 07CR2850JLS
                                 )
11           Plaintiff,           )   **ACKNOWLEDGMENT OF**
                                 )   **CONTINUANCE OF**
12       v.                       )   **HEARING DATE**
                                 )
13                                )
   **DENNIS STATHOULIS (1)**      )
14 **VASILIOS TSIAMIS (2)**       )
                                 )
15           Defendant.           )
   _____)

16 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and MELANIE PIERSON,

17 ASSISTANT UNITED STATES ATTORNEY:

18     GOOD CAUSE APPEARING, the defendants in the above-referenced matter, **DENNIS**

19 **STATHOULIS and VASILIOS TSIAMIS**, hereby acknowledge the continuance of the presently

20 scheduled hearing date of December 18, 2007 at 9:30 a.m. to January 24, 2008 at 9:30 a.m.

21

22 DATED: 12/14/07                          _____
                                            DENNIS STATHOULIS
23
   DATED: 12/14/07                          _____
24                                          VASILIOS TSIAMIS

25                                          Respectfully Submitted,

26
   DATED: 12·14·07                          /s/Kerry L. Steigerwalt
27                                          **KERRY L. STEIGERWALT**
                                            Attorney for Defendants
28                                          **DENNIS STATHOULIS (1)**
                                            **VASILIOS TSIAMIS (2)**

# PROOF OF SERVICE

**In reference to Acknowledgment of Court Date.**

I, Kerry L. Steigerwalt, do hereby state:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

My business address is 3555 Fourth Avenue, San Diego, California, 92103.

On December 17, 2007, I electronically served, Melanie Pearson, Assistant United States Attorney, an **Acknowledgment of Court Date,** for my clients DENNIS STATHOULIS (1), and **VASILIOS TSIAMIS (2)** Case No.07 CR 2850 JLS.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on December 17, 2007, at San Diego, California.


        /s/Kerry Steigerwalt
        KERRY L. STEIGERWALT
        Attorney for Defendants
        DENNIS STATHOULIS (1)
        VASILIOS TSIAMIS (2)