1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Criminal Case No. 07CR2850JLS |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION OF THE PARTIES TO CONTINUE SENTENCING DATE** |
| v. | ) | |
| **DENNIS STATHOULIS (1)** **VASILIOS TSIAMIS (2)** Defendant. | ) | [Doc. No. 13] |

   The parties having represented to the Court that additional time is necessary to prepare and proceed with the presently scheduled sentencing date of December 18, 2007 at 9:30 a.m.,

   IT IS HEREBY ORDERED THAT the above-mentioned date is continued to **January 24th, 2007** at **9:30 a.m.**

   IT IS SO ORDERED.

DATED:  December 17, 2007

                                                                           _____
                                                                           Hon. Nita L. Stormes
                                                                           U.S. Magistrate Judge