1  **Kerry L. Steigerwalt**
   LAW OFFICES OF KERRY L. STEIGERWALT
2  3555 Fourth Avenue
   San Diego, California 92103
3  (619) 297-2800
   CA State Bar No.: 116264
4
   Attorney for Defendants
5  **DENNIS STATHOULIS (1)**
   **VASILIOS TSIAMIS (2)**
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 07CR2850JLS |
| Plaintiff, ) | **MOTION TO ALLOW DEFENDANTS TO TRAVEL OUT OF COUNTRY AND ORDER** |
| v. ) | |
| **DENNIS STATHOULIS (1)** ) | |
| **VASILIOS TSIAMIS (2)** ) | |
| Defendants. ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and MELANIE PIERSON, ASSISTANT UNITED STATES ATTORNEY:

Defendants in the above entitled matter by and through their attorney Kerry L. Steigerwalt hereby motions the court to allow them to travel out of country, specifically, to London, England from December 27, 2007 through January 8, 2008. AUSA Melanie Pierson has no objection to the defendants' travel plans. Furthermore, an acknowledgment of their next court date has been lodged and filed with the court on January 17, 2007.

///
///
///
///
///

With the concurrence of the defendants attorney Kerry L. Steigerwalt and AUSA Melanie Pearson, defendants in the above-entitled matter, **Dennis Stathoulis and Vasilios Tsiamis**, request that they be permitted to travel to London, England from December 27, 2007 through January 8, 2008.

DATED: 12/19/2007　　　　　　　　　　　/s/Kerry L. Steigerwalt
　　　　　　　　　　　　　　　　　　　　Kerry L. Steigerwalt
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　**DENNIS STATHOULIS (1)**
　　　　　　　　　　　　　　　　　　　　**VASILIOS TSIAMIS (2)**

It is so ordered.

DATED:_____

　　　　　　　　　　　　　　　　　　　　**Honorable Nita L. Stormes**

Case 3:07-cr-02850-JLS   Document 16   Filed 12/19/2007   Page 3 of 3

# PROOF OF SERVICE

**In reference to Motion To Allow Defendants to Travel Out of Country.**

I, Kerry L. Steigerwalt, do hereby state:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

My business address is 3555 Fourth Avenue, San Diego, California, 92103.

On December 19, 2007, I electronically served, Melanie Pierson, Assistant United States Attorney,   a **Motion To Allow Defendants to Travel Out of Country and Order,** for my clients **DENNIS STATHOULIS (1)**, and **VASILIOS TSIAMIS (2)** Case No.07 CR 2850 JLS.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on December 19, 2007, at San Diego, California.


/s/Kerry Steigerwalt
KERRY L. STEIGERWALT
Attorney for Defendants
DENNIS STATHOULIS (1)
VASILIOS TSIAMIS (2)

- 3 -